UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

**WILLIAM H. BEASLEY**
    Plaintiff

v.                                                                                                                 No. 5:06CV-00116-J

**LINDA S. McMAHON**
    Acting Commissioner of Social Security
    Defendant

### ORDER OF REMAND

The magistrate judge has filed his report, and no objections thereto have been filed. The magistrate judge's report is hereby adopted, and its findings and conclusions are incorporated by reference herein.

Accordingly, it is hereby ORDERED that this case is REMANDED to the Commissioner of Social Security for calculation and payment of past-due Title II benefits based upon his application for benefits filed on October 14, 2003, and his alleged onset of disability date of July 6, 2003.

The Clerk of Court shall enter a separate judgment as required by Fed.R.Civ.P. 58.

This is a final and appealable order, and there is no just cause for delay.